**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **AARON L. CHAMBERS** : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 1:04-CV- 0714** |
| v. : | |
| : | **(Chief Judge Kane)** |
| **COMMONWEALTH OF** : | |
| **PENNSYLVANIA, DEPARTMENT** : | |
| **OF GENERAL SERVICES, ROBERT** : | |
| **SPOLJARIC, CHUCK HODGE,** : | |
| **GREGORY GREEN, JOHN KLINGER,** : | |
| **BILL MYERS, SHERRI PHILLIPS,** : | |
| **ANNETTE WATSON, PETER ZIRRILI,** : | |
| **and PETER SEDESSE,** : | |
| Defendants : | |

**ORDER**

**AND NOW**, this 1st day of November, 2007, **IT IS HEREBY ORDERED THAT** Defendants' motion for involuntary dismissal (Doc. No. 96) is **DEEMED WITHDRAWN** for failure to comply with Local Rule 7.5,[1] and Plaintiff's unopposed motion to voluntarily dismiss Defendants Annette (Watson) Allen and Peter Zirrili (Doc. No. 101) is **GRANTED**. Defendants Annette Watson and Peter Zirrili shall be dismissed from this suit.

        S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

---

[1] Local Rule 7.5 provides that a party must file a brief in support of a motion within ten (10) days of the filing of such motion, with certain limited exceptions inapplicable to Defendants' motion. See LR 7.5. The rule further provides, "if supporting legal briefs are not filed within the time provided in this rule such motion shall be deemed to be withdrawn." Id. Defendants filed their motion on October 10, 2007, and more than ten days have passed without any brief in support being submitted to the Court.