IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON L. CHAMBERS | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. 1:04-CV- 0714 |
| v. | : | |
| | : | (Chief Judge Kane) |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPARTMENT | : | |
| OF GENERAL SERVICES, ROBERT | : | |
| SPOLJARIC, CHUCK HODGE, | : | |
| GREGORY GREEN, JOHN KLINGER, | : | |
| BILL MYERS, SHERRI PHILLIPS, | : | |
| and PETER SEDESSE, | : | |
|     Defendants | : | |

**ORDER**

**AND NOW**, this 3rd day of December, 2007, **IT IS HEREBY ORDERED THAT** Plaintiffs' proposed voir dire questions (Doc. No. 85) are approved, subject to time limitations imposed by the Court. **IT IS FURTHER ORDERED THAT** Defendants' proposed voir dire questions (Doc. No. 84) are approved and disapproved as follows:

1. Questions 1-3, 6, 8-14, and 16-17 are permitted, subject to time limitations imposed by the Court.

2. Question 7 is permitted in so far as Defendants may ask a potential juror whether he or she has worked in a supervisory or managerial capacity.

3. Proposed questions 4-5, 15, and 18 are disallowed.

 s/Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania